CLINT STEPHENS v. THE STATE.

No. 9351.   Delivered June 24, 1925.

Manufacturing  Intoxicating Liquor—No Statement of Facts—Nor Bills of Exception.

No statement of facts nor bills of exception appearing in the record, nothing is presented for review, and the cause is affirmed.

Appeal from the District Court of Smith County.   Tried below before the Hon. J. R. Warren, Judge.

Appeal from a conviction for manufacturing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for manufacturing intoxicating liquor. Punishment, one year in the penitentiary.

We find in the record neither statement or facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.

*Affirmed.*